F I L E D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUN 2 1 2013

FREDERICK J. KAPALA
U.S. DISTRICT COURT JUDGE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )          10 CR 50078-3, 5
      vs.                          )
                                   )          Hon. Frederick J. Kapala
ROBERT PRESLEY,                    )          Judge Presiding
                                   )
            Defendant.             )

### PROTECTIVE ORDER REGARDING NORMAN BREEDLOVE'S BOONE COUNTY JAIL MEDICAL, MENTAL HEALTH AND DISCIPLINARY RECORDS

IT IS HEREBY ORDERED that pursuant to the Agreement of the Parties that Counsel for the Defendant, ROBERT PRESLEY be allowed access to a copy of the Mental Health and Disciplinary Records of Co-Defendant Norman Breedlove pursuant to a Protective Order to protect Co-Defendant Breedlove's Privacy and HIIPA Privacy Rights, and the Parties having Agreed to the Terms of said Protective Order, and the Court being fully advised in the Premises, IT IS HEREBY ORDERED:

1.    Attorney Mark A. Byrd, as counsel for PRESLEY, as well as the Assistant United States Attorney assigned to this case, Mark T. Karner, shall receive from Breedlove Attorney Alan Cooper, a copy of said Medical, Mental Health and Disciplinary Records from the Boone County Jail, a copy of which was obtained by Alan Cooper and are in his possession.

2.    Attorneys Byrd and Karner shall keep and retain a copy of said records until such time as all proceedings in this case are completed, at which time said records shall be returned to Attorney Alan Cooper to be disposed of or appropriately stored.

3.    Attorneys Byrd and Karner shall be prohibited from disclosing or discussing the content of said records to any other person including the Defendant PRESLEY without leave of Court being given prior to such disclosure. Attorney Karner may disclose such records to his office staff in the usual course of business but will make such staff agree to be bound by this Protective Order.

4.    Attorneys Byrd and Karner may be allowed to attach relevant portions of said records as Exhibits to pleadings filed with this Court or reference portions of said records in the body of such pleadings, provided that any such portions attached as Exhibits or referenced in said pleadings must be filed under seal.

5.   Any Party shall have the right to seek relief or modification of this Protective Order upon Motion before this Court.

Agreed to and entered into by the Court this 21st day of June, 2013.


_____
Mark A. Byrd
Attorney for ROBERT PRESLEY

_____
Alan Cooper
Attorney for Norman Breedlove

_____
Gary Shapiro
United States Attorney for the Northern
District of Illinois, by Mark T. Karner,
Assistant United States Attorney for the
Northern District of Illinois

_____
Honorable Frederick J. Kapala
United States District Judge for the
Northern District of Illinois

2